UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Cheryl Nolte,<br><br>                              Plaintiff(s),<br><br>     v.<br><br>CLARK COUNTY, et al.,<br><br>                              Defendant(s). | Case No. 2:15-CV-1621 JCM (VCF)<br><br>ORDER |

Title 31 U.S.C. § 3730(c)(3) provides that "[w]hen a person proceeds with the action, the court, without limiting the status and rights of the person initiating the action, may nevertheless permit the Government to intervene at a later date upon a showing of good cause." *See also In re Schimmels*, 127 F.3d 875, 883 (9th Cir. 1997); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723–25 (9th Cir. 1994).

In order to ensure future notice to the United States of any settlement or discontinuation of this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that should the relator or any defendant propose that the present action be dismissed or otherwise discontinued, that party shall concurrently provide notice of that proposition to the United States.

DATED December 5, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**