# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHERYL NOLTE BARNES<br><br>Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-1621 JCM (VCF)<br><br>ORDER |

Presently before the court is relator Cheryl Nolte Barnes's motion for a seven-day extension to file her opposition to defendants' motion to dismiss. (ECF No. 23). Defendants do not oppose this motion, and the same will be granted. *See* LR IA 6-1; (ECF No. 24).

However, defendants clarify that, although omitted in relator's motion, they consented to relator's extension on the condition that relator would agree for an extension of their time to file a corresponding reply. (ECF No. 24).

Unlike relator's motion, the defendants' filing does not explain the reason for that requested extension and therefore does not comply with Local Rule IA 6-1(a). *See* (ECF No. 23, 24). Thus, there will be no extension of the reply deadline at this time. Any future request for an extension of time is to comply with that rule.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that relator's motion to extend time (ECF No. 23) be, and the same hereby is, GRANTED.

DATED April 17, 2017.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**