# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHERYL NOLTE BARNES,<br><br>          Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, *et al.*,<br><br>          Defendants. | 2:15-cv-01621-JCM-VCF<br>**ORDER** |

Before the Court is Defendant's Motion to Stay Discovery (ECF No. 35).

IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Stay Discovery (ECF No. 35) is scheduled for 10:00 AM, June 29, 2017, in Courtroom 3D.

DATED this 23rd day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE