# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, et rel. CHERYL NOLTE BARNES, <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY, *et al.*, <br><br> Defendants. | 2:15-cv-01621-JCM-VCF <br> **ORDER** |

Before the Court is the Motion for Removal of Gerard Dondero, Esq. from Future References as Counsel in this case. (ECF No. 41).

IT IS HEREBY ORDERED that a hearing on Motion for Removal of Gerard Dondero, Esq. from Future References as Counsel in this case (ECF No. 41) is scheduled for 9:30 AM, June 29, 2017, in Courtroom 3D.

DATED this 26th day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE