# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

UNITED STATES OF AMERICA *ex rel.*,
CHERYL NOLTE BARNES,

        Plaintiffs,

vs.

CLARK COUNTY, a Political Subdivision of the
State of Nevada; THE CLARK COUNTY
DEPARTMENT OF AVIATION; and
MCCARAN INTERNATIONAL AIRPORT,

        Defendants.

2:15-cv-01621-JCM-VCF
**<u>MINUTE ORDER</u>**

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 A.M., December 27, 2017, is VACATED and RESCHEDULED to 10:00 A.M., January 3, 2018, in Courtroom 3D.

DATED this 16th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE