# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

UNITED STATES OF AMERICA, ex rel.
CHERYL NOLTE BARNES

Plaintiff,

V.

CLARK COUNTY, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-01621-JCM-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of Defendants and against Plaintiff pursuant to Order #49 entered January 9, 2018.

January 9, 2018

Date

/s/ Debra K. Kempi

Clerk

/s/ M. Morrison

(By) Deputy Clerk