FILED

UNITED STATES COURT OF APPEALS

MAR 15 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHERYL NOLTE BARNES, Qui Tam Relator; ex rel. United States of America, | No.　18-15201 |
| Plaintiff-Appellant, | D.C. No. 2:15-cv-01621-JCM-VCF District of Nevada, Las Vegas |
| v. | |
| CLARK COUNTY, a Political Subdivision of the State of Nevada; et al., | ORDER |
| Defendants-Appellees. | |

The schedule for the preparation of the record and the briefing of this appeal

is revised as follows: the transcript shall be ordered by August 1, 2018; the court

reporter shall file the transcript by August 31, 2018; appellant shall file an opening

brief on or before October 10, 2018; appellees shall file an answering brief on or

before November 9, 2018; appellant may file an optional reply brief within twenty

one (21) days from the service date of the answering brief.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation