KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
LAURA B. LANGBERG, ESQ., Nevada Bar No. 10516
llangberg@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135

STEVEN B. WOLFSON, ESQ., Nevada Bar No. 1565
District Attorney
Civil Division
TIMOTHY BALDWIN, ESQ., Nevada Bar No. 11048
timothy.baldwin@clarkcountyda.com
500 South Grand Central Parkway
Las Vegas, Nevada 89155
Telephone:  702.455.4765
Facsimile:  702.382.5178

*Attorneys for Defendants Clark County; The Clark County Department of Aviation; and McCarran International Airport*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHERYL NOLTE BARNES, <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY, a Political Subdivision of the State of Nevada; THE CLARK COUNTY DEPARTMENT OF AVIATION; and MCCARRAN INTERNATIONAL AIRPORT, <br><br> Defendants. | CASE NO.: 2:15-cv-01621-JCM-VCF <br><br> **JUDGMENT IN A CIVIL ACTION** |

Defendants CLARK COUNTY, THE CLARK COUNTY DEPARTMENT OF AVIATION ("DOA"), and MCCARRAN INTERNATIONAL AIRPORT ("McCarran" and collectively with Clark County and the DOA, the "County"), by and through their undersigned counsel of record, respectfully submit this Proposed Judgment in a Civil Action.

22079986                                                  1

The Honorable U.S. District Court Judge James C. Mahan has considered the County's Motion for Attorney's Fees (ECF No. 93), and found that an award of the County's attorneys' fees and costs in the amount of $283,251.46 is warranted. (*See* ECF No. 97.)

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,

That Judgment is entered in favor of Defendants Clark County, The Clark County Department of Aviation, and McCarran International Airport and against Plaintiff Cheryl Nolte in the amount of $283,251.46.

DATED January 22, 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Kirk B. Lenhard*
KIRK B. LENHARD, ESQ., NV Bar No. 1437
klenhard@bhfs.com
LAURA B. LANGBERG, ESQ., NV Bar No. 10516
llangberg@bhfs.com
EMILY A. ELLIS, ESQ., NV Bar No. 11956
eellis@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135

*Attorneys for Defendants Clark County; The Clark County Department of Aviation; and McCarran International Airport*

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **[PROPOSED] JUDGMENT IN A CIVIL ACTION** was served via electronic service on the 13th day of January, 2021, to the addresses shown below:

| | |
|---|---|
| Paul C. Ray, Esq., NV Bar No. 4365<br>PAUL C. RAY, CHTD.<br>8670 W. Cheyenne Avenue, Suite 130<br>Las Vegas, NV  89129<br>Telephone:  702.823.2292<br>Facsimile:   702.823.2384<br>Email:  paulcraylaw@gmail.com<br><br>*Attorneys for Relator Cheryl Nolte Barnes* | Troy K. Flake, Esq.<br>Assistant United States Attorney<br>United States Attorney's Office<br>333 Las Vegas Blvd., Suite 5000<br>Las Vegas, NV  89101<br>Telephone:  702.388.6336<br>Facsimile:   702.388.6787<br>Email:  troy.flake@usdoj.gov<br><br>*Attorneys for United States of America ex rel.* |

  /s/ Paula Kay
an employee of Brownstein Hyatt Farber Schreck, LLP

22079986

3