AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. CHERYL NOLTE BARNES,<br>       Plaintiffs,<br>v.<br>Clark County et al<br>       Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:15-cv-01621-JCM-VCF |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendants Clark County, The Clark County Department of Aviation, and McCarran International Airport and against Plaintiff Cheryl Nolte in the amount of $283,251.46.

| | |
|---|---|
| 1/22/2021<br>Date | DEBRA K. KEMPI<br>Clerk<br><br>/s/ J. Callo<br>Deputy Clerk |